UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                  CASE NO.: 19-40340-KKS
                                                                                CHAPTER 13

ROBIN JAY SMITH

         Debtor.                             /

**CHAPTER 13 TRUSTEE'S
OBJECTION(S) TO CONFIRMATION OF
<u>CHAPTER 13 PLAN</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' First Amended Chapter 13 Plan (Doc. 42) for the following reasons:

1. The Plan base is not sufficient to pay all allowed secured, priority and administrative claims as filed.

2. The Trustee cannot verify the Debtor(s)' income as disclosed on Schedule I as the Debtor(s) has failed to provide monthly operating reports to the Chapter 13 Trustee.

3. The Plan provides for attorney's fees in the amount of $1,800.00; however, the Disclosure of Compensation of Attorney for Debtor(s) reflects a balance due of $0.00.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

| | |
|---|---|
| ROBIN JAY SMITH | LEIGHANNE BOONE |
| 4026 DEER LANE | THE BOONE LAW FIRM, PA |
| TALLAHASSEE, FL 32312 | 207 WEST PARK AVE., SUITE A |
| | TALLAHASSEE, FL 32301 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE