UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In Re:

    ROBIN JAY SMITH                  Case Number: 19-40340-KKS

Debtor.                                    Chapter 13

---

**NOTICE OF INTENT TO CONFIRM FIRST AMENDED CHP 13 PLAN**

    PLEASE TAKE NOTICE that the undersigned has filed an Amended Plan [Doc. 60] in the above styled proceedings.

> NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Leighanne Boone, 207 W, Park Ave, Suite A, Tallahassee, FL 32301, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    Respectfully submitted by:

                                               /s/Leighanne Boone
                                               **Leighanne Boone, Esq**
                                               Bar No: 107308
                                               The Boone Law Firm, PA
                                               207 W. Park Ave., Suite A
                                               Tallahassee, FL 32301
                                               (850) 895-1437
                                               LBoone@TheBooneLawFirm.com

**Certificate of Service**

I, Leighanne Boone, hereby certify that a true and correct copy of the this document was served on the following in the manner stated below:

1. via the CM-ECF upon:

> John Blair Boyd on behalf of Creditor Florida State University Credit Union
> bk@svllaw.com, blairb@svllaw.com
>
> Kevin A. Forsthoefel on behalf of Creditor Capital City Bank
> kforsthoefel@ausley.com, kreffitt@ausley.com
>
> Leigh D. Hart
> ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
>
> United States Trustee
> USTPRegion21.TL.ECF@usdoj.gov
>
> Jason A. Weber on behalf of Creditor PennyMac Loan Services, LLC
> jweber@sirote.com, aravix@sirote.com

2. via US Mail upon:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Avant
Attn: Bankruptcy
Po Box 9183380
Chicago, IL 60691

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CCC of NY
60 Minuteman Rd
Andover, MA 01810

Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179

Comenity Capital/Zales
Attn: Bankrutptcy Dept
Po Box 18215
Columbus, OH 43218

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Credit Management, LP
Attn: Bankruptcy

Po Box 118288
Carrollton, TX 75011

Diversified Consultants, Inc.
Attn: Bankruptcy
Po Box 551268
Jacksonville, FL 32255

Envision Credit Union
440 N Monroe Street
Tallahassee, FL 32301

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201

| | | |
|---|---|---|
| LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603 | Northwest FCU<br>Attn: Bankruptcy<br>Po Box 1229<br>Herndon, VA 20172 | Sunbelt Credit<br>Attn: Bankruptcy<br>208 E. Main St.<br>Spartanburg, SC 28306 |
| Midland Funding<br>2365 Northside Dr<br>Ste 300<br>San Diego, CA 92108 | South Shore Bank<br>Po Box 77404<br>Ewing, NJ 08628 | Synchrony Bank/ JC Penneys & Walmart<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 |

I declare under penalty of perjury that the foregoing is true and correct.

                                                          /s/ Leighanne Boone
                                                        Leighanne Boone, Esq