## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

**In re:**                                                      **CASE NO. 19-40340-KKS**

**Robin Jay Smith**
                                                                CHAPTER 13

    Debtors,
_____

## <u>CERTIFICATE OF SERVICE</u>

    I, Leighanne Boone, hereby certify that a true and correct copy of *[66] Order Confirming*

*Chapter 13 Plan* was served on April 21, 2020 via email by the CM/ECF filing system upon:

John Blair Boyd on behalf of Creditor Florida State University Credit Union
bk@svllaw.com, blairb@svllaw.com

Kevin A. Forsthoefel on behalf of Creditor Capital City Bank
kforsthoefel@ausley.com, kreffitt@ausley.com

Leigh D. Hart on behalf of Trustee Leigh D. Hart
ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Jason A. Weber on behalf of Creditor PennyMac Loan Services, LLC
jaw@tblaw.com, aravix@tblaw.com

                Respectfully submitted by:   /s/ Leighanne Boone
                                    Leighanne Boone, Esq.
                                    FL Bar No: 107308
                                    **The Boone Law Firm, PA**
                                    207 West Park Ave, Suite A
                                    Tallahassee, FL 32301
                                    (850) 895-1437
                                    LBoone@TheBooneLawFirm.com